UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JOHN CALLAHAN,

        Plaintiffs,

  v.

MARK SELIG, *et al.*,

        Defendants.

Case No.  C01-5453RBL

ORDER GRANTING AN EXTENSION OF TIME AND RE-NOTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

      This § 1983 Civil Rights matter has been referred to the undersigned Magistrate Judge pursuant to Title 28 U.S.C. §§ 636(b)(1)(A) and 636(b)(1)(B) and Local Magistrates' Rules MJR 1, MJR 3, and MJR 4.  Before the court is plaintiff's motion for a 25 day extension of time to respond to defendant's motion for summary judgment.  (Dkt. # 82).  Defendant's counsel does not oppose the motion and the motion is **GRANTED.**

      A response to defendant's motion for summary judgment will be due on or before **August 26th, 2005.**  Any reply must be filed on or before **September 9th, 2005.**  The court notes that on October 21st, 2004 an order setting a trial date and other dates was entered.  The parties will receive a separate order from the court regarding those dates.

      The clerk is directed to re-note defendant motion for summary judgement, (Dkt. # 79), for **September 9th, 2005** and send a copies of this Order to plaintiff and defendants' counsel of record.

      DATED this 15th day of August, 2005.

                          /S/ *J. Kelley Arnold*
                          J. Kelley Arnold
                          United States Magistrate Judge